# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * * * *

In re:                                    CHAPTER 13

    MICHAEL M. LUCACIU              Bkcy. Case No. 19-11891-amc

                **HEARING SCHEDULED FOR**
        Debtor.              **June 4, 2019 AT 11:00AM**
                **UNITED STATE BANKRUPTCY COURT**
                **ROBERT NIX BUILDING**
                **900 MARKET STREET**
                **COURTROOM #4**
                **PHILADELPHIA, PA 19106**

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MOTION TO CONVERT CHAPTER 13 CASE
## TO ONE UNDER CHAPTER 7

    <u>PLEASE TAKE NOTICE</u>, that debtor, Michael Lucaciu by and through the undersigned counsel has filed a Motion to Convert Case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)**

    1.    A hearing on the motion is scheduled to be held before the <u>Honorable Ashely M. Chan on June 4, 2019 at 11:00a.m. in Courtroom #4</u>, United States Bankruptcy Court, <u>900 Market Street, Philadelphia, Pennsylvania 19106</u>.

    2.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    3.    You may contact the Bankruptcy Clerk's office at (215) 408-2821 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 1, 2019

                _____
                Robert Leite-Young, Esquire
                6950 Castor Avenue
                Philadelphia, PA 19149
                267-343-5818