# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-11891-AMC

MICHAEL M LUCACIU

1332 GLENVIEW STRET

PHILADELPHIA, PA 19111-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL M LUCACIU

    1332 GLENVIEW STRET

    PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    ROBERT CAPTAIN LEITE-YOUNG
    6950 CASTOR AVENUE

    PHILADELPHIA, PA 19149-

Date: 5/21/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee