UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re: | CHAPTER 13 |
| MICHAEL M. LUCACIU | Bkcy. Case No. 19-11891-amc |
| Debtor. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that Debtor's Motion to convert their case to one under Chapter 7 is here by GRANTED.

Dated: 6/4/19

By the Court,

Hon. Ashely M. Chan
United States Bankruptcy Judge