UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL M. LUCACIU   NO. 19-11891 AMC
CHAPTER 7

ENTRY OF APPEARANCE FOR FORD MOTOR CREDIT COMPANY, LLC
AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Ford Motor Credit Company, LLC and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

DATED: June 24, 2019

GERSHMAN LAW OFFICES, PC

Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
Telephone: 215.886.1120
Fax: 215.886.1118
Email: howard@gershman-law.com

Copies to:

Lynn E. Feldman, Trustee
221 No. Cedar Crest Blvd.
Allentown, PA 18104-4603

Robert Captain Leite–Young, Esquire
Roach & Leite, LLC
6950 Castor Avenue
Philadelphia, PA 19149

FMCC Reaff ELF