## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael M. Lucaciu                        :        Chapter: 7
:
        Debtor(s)                      :        Bankruptcy No.: 19-11891-AMC
:
:

### NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at two (2) scheduled §341 Meetings of Creditors on 7/3/19 and 8/14/19.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
    Maria Borgesi
    Paralegal