*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael M Lucaciu
    Debtor(s)

Case No: 19–11891–amc
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to appear at 2 scheduled 341 Meetings of Creditors will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court

on: 9/23/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 6, 2019

41 – 1
Form 175