United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11891-amc
Michael M Lucaciu                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Sep 06, 2019
                              Form ID: 175             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.
db        +Michael M Lucaciu,   1332 Glenview Street,   Philadelphia, PA 19111-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:
      HOWARD GERSHMAN   on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
      MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com
      REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com
      ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Michael M Lucaciu rleite@roachleite.com, lanette@roachleite.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael M Lucaciu
    Debtor(s)

Case No: 19−11891−amc
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to appear at 2 scheduled 341 Meetings of Creditors

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 9/23/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 6, 2019

41 − 1
Form 175