IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Michael M. Lucaciu                              Chapter 7

Debtor(s)                                   Bankruptcy No.  19-11891-AMC

## O R D E R

AND NOW, this _____ day of _____ , 2019, the Court having conducted a

hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in

the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the

rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 **Lynn E. Feldman on**

**November 13, 2019 at 11:30 a.m. at 900 Market Street, Suite 304A, Philadelphia, PA 19107.**

Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all

creditors and parties in interest; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be

held on _____ , 2019 , at 11:00 a.m., Bankruptcy Courtroom No. 5, United

States Courthouse, 900 Market Street, Philadelphia, Pennsylvania,  for the purpose of

determining whether the debtor(s) complied with the terms of this Order and whether the Court

should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period

under Bankruptcy Rules 4004(a) and 4007(b) and (c) to object to discharge and the time period

under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60

days after the date on which the meeting of creditors is actually conducted (or upon the filing and

service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee