United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-11891-amc
Michael M Lucaciu                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin              Page 1 of 2              Date Rcvd: Nov 29, 2019
                               Form ID: 318             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2019.
```
db             +Michael M Lucaciu,    1332 Glenview Street,    Philadelphia, PA 19111-4506
14301915       +AMEX Department Stores,    PO Box 8218,    Mason, OH 45040-8218
14329984       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14312636       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14301922       +Citizens Bank,    PO Box 42010,    Providence, RI 02940-2010
14301921       +Citizens Bank,    PO Box 9665,    Providence, RI 02940-9665
14300020       +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
14301926       +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14301928       +HSBC Bank,    PO Box 4657,    Carol Stream, IL 60197-4657
14298367      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court:   First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,
                 Omaha, NE 68197)
14301931       +RBS Citizens NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14327893       +TD Auto Finance LLC,    c/o Schiller, Knapp,,    Lefkowitz & Hertzel, LLP,    950 New Loudon Road,
                 Latham, NY 12110-2100
14317603        U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QLEFELDMAN.COM Nov 30 2019 03:38:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             E-mail/Text: megan.harper@phila.gov Nov 29 2019 22:39:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2019 22:39:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 29 2019 22:39:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14301916        EDI: BANKAMER.COM Nov 30 2019 03:38:00      Bank of America, N.A.,    PO Box 982238,
                 El Paso, TX 79998
14301917       +EDI: TSYS2.COM Nov 30 2019 03:38:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
14337333        E-mail/Text: jennifer.chacon@spservicing.com Nov 29 2019 22:39:50     CSMC 2018-SP2 Trust,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14301918       +EDI: CHASE.COM Nov 30 2019 03:38:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14337235       +EDI: CITICORP.COM Nov 30 2019 03:38:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14301919       +EDI: CITICORP.COM Nov 30 2019 03:38:00      Citicards,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
14301920       +EDI: CITICORP.COM Nov 30 2019 03:38:00      Citicards CBNA,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
14301923       +EDI: WFNNB.COM Nov 30 2019 03:38:00      Comenity Bank/VCTRSSEC,    PO Box 182789,
                 Columbus, OH 43218-2789
14301924        EDI: DISCOVER.COM Nov 30 2019 03:38:00      Discover Fincl SVC LLC,    PO Box 15316,
                 Wilmington, DE 19850
14302287        EDI: DISCOVER.COM Nov 30 2019 03:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14306631        EDI: FORD.COM Nov 30 2019 03:38:00      FORD MOTOR CREDIT COMPANY LLC,    PO BOX 62180,
                 COLORADO SPRINGS, CO 80962-4400
14301927       +EDI: FORD.COM Nov 30 2019 03:38:00      Ford Motor Credit,    PO Box 542000,
                 Omaha, NE 68154-8000
14301929       +E-mail/Text: BKRMailOPS@weltman.com Nov 29 2019 22:38:52     Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14334090        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 29 2019 22:50:51      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14337348        EDI: PRA.COM Nov 30 2019 03:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14301930       +EDI: RMSC.COM Nov 30 2019 03:38:00      Paypal Credit,    PO Box 71202,
                 Charlotte, NC 28272-1202
14301932       +EDI: SEARS.COM Nov 30 2019 03:38:00      SEARS/CBNA,    PO BOX 6282,    Sioux Falls, SD 57117-6282
14301934       +EDI: RMSC.COM Nov 30 2019 03:38:00      SYNCB/Paypalextra,    PO Box 965005,
                 Orlando, FL 32896-5005
14301933       +E-mail/Text: jennifer.chacon@spservicing.com Nov 29 2019 22:39:50
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14296606       +EDI: RMSC.COM Nov 30 2019 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14297116       +EDI: RMSC.COM Nov 30 2019 03:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14301935       +EDI: CHRYSLER.COM Nov 30 2019 03:38:00      TD Auto Finance,    PO Box 9223,
                 Farmington, MI 48333-9223
14301936       +EDI: CITICORP.COM Nov 30 2019 03:38:00      The Home Depot/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Nov 29, 2019
                              Form ID: 318             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14301925         EDI: USBANKARS.COM Nov 30 2019 03:38:00      Elan Financial,    PO Box 108,
                 Saint Louis, MO 63166
                                                                                        TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14346178*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company, LLC,    P.O. Box 62180,
                Colorado Springs, CO 80921)
14347617*     +TD Auto Finance LLC,    c/o Schiller, Knapp,,   Lefkowitz & Hertzel, LLP,    950 New Loudon Road,
                Latham, NY 12110-2100
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2019 at the address(es) listed below:

```
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com
              ROBERT   LEITE-YOUNG    on behalf of Debtor Michael M Lucaciu rleite@roachleite.com,
               lanette@roachleite.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                           TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael M Lucaciu** | Social Security number or ITIN **xxx–xx–0968** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **19–11891–amc** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael M Lucaciu

11/28/19

**By the court:**   Ashely M. Chan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318            **Order of Discharge**            page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**