# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                    :         Chapter 7

Michael M. Lucaciu

Debtor(s)                        :         Bankruptcy No.19-11891-AMC

## ORDER

AND NOW, it appearing that an Order was entered on November 6, 2019 extending the deadline for objection to discharge and the time period under Bankruptcy Rule 1017(e) for moving for dismissal (or conversion) for 60 days after the date on which the meeting of creditor is actually conducted:

FURTHER APPEARING that the 341(a) Meeting of Creditors was held and concluded on November 21, 2019, it is hereby

ORDERED that the Order Discharging Debtor erroneously entered by the clerks' office November 28, 2019 is hereby VACATED as having been entered prematurely.

Dated: **December 10, 2019**

Ashely M. Chan
United States Bankruptcy Judge