United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-11891-amc
Michael M Lucaciu                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2              Date Rcvd: Dec 10, 2019
                           Form ID: pdf900      Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.

```
db              +Michael M Lucaciu,    1332 Glenview Street,    Philadelphia, PA 19111-4506
14301915        +AMEX Department Stores,    PO Box 8218,    Mason, OH 45040-8218
14301916       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America, N.A.,     PO Box 982238,     El Paso, TX 79998)
14329984        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14301917        +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
14312636        +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14301918        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14337235        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14301919        +Citicards,    PO Box 6241,    Sioux Falls, SD 57117-6241
14301920        +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
14301922        +Citizens Bank,    PO Box 42010,    Providence, RI 02940-2010
14301921        +Citizens Bank,    PO Box 9665,    Providence, RI 02940-9665
14300020        +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
14301926        +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14306631       ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: FORD MOTOR CREDIT COMPANY LLC,    PO BOX 62180,
                 COLORADO SPRINGS, CO 80962-4400)
14301927        +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14346862        +Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esquire,    610 York Road., Ste 200,
                 Jenkintown, PA 19046-2867
14301928        +HSBC Bank,    PO Box 4657,    Carol Stream, IL 60197-4657
14298367       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                (address filed with court: First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,
                 Omaha, NE 68197)
14301931        +RBS Citizens NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14301932        +SEARS/CBNA,    PO BOX 6282,    Sioux Falls, SD 57117-6282
14300696        +Select Portfolio Servicing,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P..,
                 701 Market Street Suite 5000,    Phila., PA 19106-1541
14301935        +TD Auto Finance,    PO Box 9223,    Farmington, MI 48333-9223
14327893        +TD Auto Finance LLC,    c/o Schiller, Knapp,,   Lefkowitz & Hertzel, LLP,    950 New Loudon Road,
                 Latham, NY 12110-2100
14347958        +TD Auto Finance LLC,    c/o Martin A. Mooney, Esq,    Office and P.O. Address,
                 950 New Loudon Road,    Suite 109,    Latham, New York 12110-2190
14301936        +The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14317603         U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
14301925       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial,    PO Box 108,    Saint Louis, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Dec 11 2019 03:26:56      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2019 03:26:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 11 2019 03:26:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14337333         E-mail/Text: jennifer.chacon@spservicing.com Dec 11 2019 03:27:26      CSMC 2018-SP2 Trust,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14301923        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2019 03:26:17      Comenity Bank/VCTRSSEC,
                 PO Box 182789,    Columbus, OH 43218-2789
14301924         E-mail/Text: mrdiscen@discover.com Dec 11 2019 03:26:09      Discover Fincl SVC LLC,
                 PO Box 15316,    Wilmington, DE 19850
14302287         E-mail/Text: mrdiscen@discover.com Dec 11 2019 03:26:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14301929        +E-mail/Text: BKRMailOPS@weltman.com Dec 11 2019 03:26:17      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
14334090          E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2019 03:33:23      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14337348          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2019 03:33:43
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14301930        +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 03:33:36      Paypal Credit,    PO Box 71202,
                 Charlotte, NC 28272-1202
14301934        +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 03:33:17      SYNCB/Paypalextra,
                 PO Box 965005,    Orlando, FL 32896-5005
14301933        +E-mail/Text: jennifer.chacon@spservicing.com Dec 11 2019 03:27:26      Select Portfolio Servicing,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
14296606        +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 03:33:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14297116        +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2019 03:33:36      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Dec 10, 2019
                              Form ID: pdf900             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                   TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80921)
cr*          +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14346178*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80921)
14347617*    +TD Auto Finance LLC,    c/o Schiller, Knapp,,   Lefkowitz & Hertzel, LLP,   950 New Loudon Road,
               Latham, NY 12110-2100
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2019 at the address(es) listed below:
```
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com
              ROBERT   LEITE-YOUNG    on behalf of Debtor Michael M Lucaciu rleite@roachleite.com,
               lanette@roachleite.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                                    TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                    :          Chapter 7

Michael M. Lucaciu


Debtor(s)                        :          Bankruptcy No.19-11891-AMC

## ORDER

AND NOW, it appearing that an Order was entered on November 6, 2019 extending the deadline for objection to discharge and the time period under Bankruptcy Rule 1017(e) for moving for dismissal (or conversion) for 60 days after the date on which the meeting of creditor is actually conducted:

FURTHER APPEARING that the 341(a) Meeting of Creditors was held and concluded on November 21, 2019, it is hereby

ORDERED that the Order Discharging Debtor erroneously entered by the clerks' office November 28, 2019 is hereby VACATED as having been entered prematurely.

Dated:  **December 10, 2019**            Ashely M. Chan
                                          United States Bankruptcy Judge